Channing J. Hartelius
HARTELIUS LAW CENTER, PLLP.
401 3rd Ave. North
P.O. Box 1024
Great Falls, MT 59403
Telephone (406) 788-0035
Facsimile: (406) 731-3856
Email: channing@harteliuslaw.com

Attorneys for Plaintiff

MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

| | |
|---|---|
| CAROL THURSTON, <br><br> Plaintiffs, <br><br> vs. <br><br> WALMART STORES, INC., STORE No. 7199 <br> JOHN DOES 1 - 5 and ABC COMPANIES <br> 1 - 3. <br><br> Defendants. | Cause No. CDV-21-0257 <br> JOHN A. KUTZMAN <br> CV-21-85-GF-BMM <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, Carol Thurston, and for her Complaint, alleges as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff is and was at all times relevant a resident of Cascade County, Montana.

2. Plaintiff is informed and believes that Defendant WalMart Stores Inc., Store No. 7199, is and was at all times relevant hereto, a business conducting business in Great Falls, Cascade County, Montana.

3. Defendants John Does 1 through 5 and ABC Companies 1 through 3, are

unknown to Plaintiff, at this time, but may be liable for the damages to the Plaintiff. When the Plaintiff has more information a motion to add parties will be made.

**NEGLIGENCE,**

4. Plaintiff realleges the allegations contained in paragraphs 1 through 3.
5. On December 4, 2019, Plaintiff Carol Thurston was severely injured when she slipped on something on the bathroom floor.
6. Management for Walmart was notified of the incident.
7. Plaintiff was taken by ambulance from Walmart to Benefis Hospital.
8. Plaintiff Carol Thurston was a guest on the WalMart Store property.
9. Wal-Mart was negligent in not keeping the bathroom floor clean and dry.
10. Wal-Mart, was negligent in failing to maintain the premises in a reasonably safe condition.
11. Plaintiff was severely injured as a result of the incident.
12. As a result of her injuries, Plaintiff Carol Thurston has incurred medical bills, pain and suffering, emotional distress, has had her course of life altered, and has had her enjoyment of life diminished.

**Wherefore, Plaintiffs Pray:**

1. For an award for all general and special damages to be decided by a jury;
2. For costs and attorney fees; and
3. For all other relief the Court deems appropriate.

**JURY DEMAND**

Plaintiff demands a trial by jury.

DATED this ___ day of April, 2021.

Hartelius Law Center, PLLP
By: Channing J. Hartelius