# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CAROL THURSTON, | |
| | No. CV-21-85-GF-BMM |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| WALMART STORES, INC., STORE No. 7199 JOHN DOES 1-5 and ABC COMPANIES 1-3 | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

DATED this 12th day of September, 2022.

_____
Brian Morris, Chief District Judge
United States District Court